ROB L. PHILLIPS
Nevada Bar No. 8225
Rob.phillips@fisherbroyles.com
FISHERBROYLES, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, California 90036
Telephone: (702) 518-1239
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DML ADVISORS, INC., a Canadian corporation formed under the laws of Ontario, Canada and DAVID LUBOTTA, an individual,

Plaintiffs,

v.

DAVID WANG, an individual, and DOES 1-25,

Defendants.

Case No.: 2:22-cv-00856-RFB-BNW

**ACCEPTANCE OF SERVICE**

Undersigned counsel, having been retained as counsel for Defendant David Wang, does accept service of process on behalf of Defendant David Wang, and acknowledges receipt of a copy of the Summons and Complaint as though the same had been personally served upon Defendant David Wang by an individual authorized by law to serve process.

//

//



FISHERBROYLES, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
Telephone: (702) 518-1239

SANTORO WHITMIRE

/s/ Nicholas J. Santoro
Nicholas J. Santoro
10100 West Charleston Blvd., Suite 250
Las Vegas, NV 89135
(702) 948-8771
nsantoro@santoronevada.com
*Attorneys for Defendant*

DATED this 9th day of June 2022.

Respectfully submitted,

**FISHERBROYLES, LLP**

/s/ Rob L. Phillips

ROB L. PHILLIPS, ESQ.
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
(702) 518-1239
rob.phillips@fisherbroyles.com
*Attorneys for Plaintiffs*