NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
opancheri@santoronevada.com

*Attorneys for Defendant David Wang*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DML ADVISORS, INC., a Canadian corporation formed under the law of Ontario, Canada, and DAVID LUBOTTA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID WANG, an individual, and DOES 1-25,<br><br>Defendant. | Case No. 2:22-cv-00856-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT DAVID WANG TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiffs DML ADVISORS, INC. and DAVID LUBOTTA (collectively "***Plaintiffs***"), by and through their undersigned counsel of record, and Defendant DAVID WANG ("***Defendant"*** and/or ***"Wang"***), by and through his undersigned counsel of record, that the time for Defendant to file a response to Plaintiffs' Complaint (ECF No. 1) be extended from June 29, 2022 through and including July 13, 2022.

Pursuant to Local Rule 7-1, and in compliance with Local Rules LR IA 6-1 and 6-2, the parties state that the reason for the extension is that additional time is needed in order to


preliminarily investigate the facts underlying the claims in a manner sufficient for Defendant to accurately and completely respond thereto. Wang has not previously requested any extension of time to respond to the Complaint. This is the parties' first request for an extension.

Dated this 20th day of June, 2022.

**FISHERBROYLES, LLP**

*/s/ Rob L. Phillips*
ROB L. PHILLIPS, ESQ.
Nevada Bar No. 8225
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
Tel.: (702) 518-1239
Email: rob.phillips@fisherbroyles.com

*Attorney for Plaintiffs DML Advisors, Inc. and David Lubotta*

**SANTORO WHITMIRE**

*/s/ Oliver J. Pancheri*
NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
opancheri@santoronevada.com

*Attorneys for Defendant David Wang*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 21, 2022