ROB L. PHILLIPS
Nevada Bar No. 8225
Rob.phillips@fisherbroyles.com
FISHERBROYLES, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, California 90036
Telephone: (702) 518-1239
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DML ADVISORS, INC., a Canadian corporation formed under the laws of Ontario, Canada and DAVID LUBOTTA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID WANG, an individual, and DOES 1-25,<br><br>Defendants. | Case No.: 2:22-cv-00856-RFB-BNW<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO ARBITRATE CLAIMS AND DISMISS LAWSUIT** |

Plaintiffs DML Advisors, Inc. and David Lubotta, and Defendant David Wang have filed a Stipulation to Arbitrate Claims and Dismiss Lawsuit. Based on this Stipulation, and for **GOOD CAUSE** shown, the Stipulation is hereby **GRANTED**. The Parties' ~~claims shall be submitted to final and binding arbitration, and this~~ case is dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: March 7, 2023.



_____
RICHARD F. BOULWARE, II
United States District Judge